**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:01CR8-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **DWIGHT CONNOR** | ) | |

Leave of Court is hereby granted for the dismissal of the Supervised Release Violation in the above-captioned case *without prejudice*.

The Clerk is directed to send copies of this Order to the U.S. Probation Office, U.S. Marshal Service, Defense Counsel, and the United States Attorney's Office.

Signed: December 20, 2011

Richard L. Voorhees
United States District Judge